AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Paramaporn Teppawan, Chiawen Garay, and Shelby Billionaire, on behalf of themselves and others similarly situated

*Plaintiff(s)*

v.

Dining Innovation New York, Inc. d/b/a Tsuru Ton Tan Udon Noodle Brasserie, Joji Uematsu, and Kulthiwadi Saneewong

*Defendant(s)*

Civil Action No. 19-CV-195

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dining Innovation New York, Inc. d/b/a Tsuru Ton Tan Udon Noodle Brasserie, 21 East 16th Street, NY, NY 10003;

Joji Uematsu, 21 East 16th Street, NY, NY 10003;

Kulthiwadi Saneewong, 21 East 16th Street, NY, NY 10003.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
708 Third Avenue - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/9/2019

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

