USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

**MEMORANDUM ENDORSED**

Telephone (212) 209-3933
Facsimile (212) 209-7102

November 18, 2019

**BY ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Teppawan, et al. v. Dining Innovation New York, Inc., et al.*
> Case No. 19-CV-195 (GHW) (SN)

Dear Judge Woods,

We are counsel to the plaintiffs in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on November 22, 2019 at 1:00 p.m. Due to a scheduling conflict, please accept this letter as plaintiffs' request for a short adjournment. The parties have conferred, and are available on December 3, 6, 10, or as soon thereafter that is convenient for the Court.

No prior request for similar relief has been made, and no other dates would be affected. We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: Ali Jaffrey, Esq. (by ECF)

---

The parties' request to adjourn the initial pretrial conference is granted. The initial pretrial conference scheduled for November 22, 2019 is adjourned to December 6, 2019 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's October 31, 2019 order, Dkt. No. 18, are due no later than November 29, 2019.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 17 and Dkt. No. 20.

SO ORDERED.

Dated: November 18, 2019
New York, New York

GREGORY H. WOODS
United States District Judge